# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN SPRAGUE, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL,[1] <br> Acting Commissioner of the <br> Social Security Administration, <br><br> Defendant. | No. CV 16-07783 SS <br><br><br> **JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED to the Commissioner for further action consistent with the Court's Memorandum Decision and Order.

DATED: November 30, 2017

                                                   /S/
                                        SUZANNE H. SEGAL
                                      UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security and is substituted for former Acting Commissioner Carolyn W. Colvin in this case. See Fed. R. Civ. P. 25(d).